Joe Oehlert, Plaintiff-Appellant, v. John W. Youngman, Defendant-Appellee.

John W. Youngman, Plaintiff-Appellee, v. Joe Oehlert, Defendant-Appellant.

Term No. 56–F–19. (Abstract of Decision.)

Fourth District.

May 5, 1956.

Released for publication June 4, 1956.

 Loyd M. Bradley, for
appellant; no brief filed for appellee. Opinion by JUSTICE
CULBERTSON. Not to be published in full.